

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LEE ROY STALLMAN,

      Plaintiff,

vs

OAKLAND COUNTY,
OAKLAND COUNTY SHERIFF
DEPUTY-DARIUS ZAJAC,
Individually and/or in their Official Capacities,
Jointly and Severally,PRESENT AND FORMER
YET UNIDENTIFIED MEMBERS
OF OAKLAND COUNTY SHERIFF,
Individually and/or in their Official
Capacities, Jointly and Severally,

      Defendants,

Case: 2:22-cv-12635
Assigned To : Cox, Sean F.
Referral Judge: Patti, Anthony P.
Description: Stallman v. Oakland County et al

FILED USDC - CLRK DET
2022 NOV 8 AM 10:20

Mr. Lee Roy Stallman
appearing Pro Se
Tel: (248) 521-0662
Email: rottenapplenews@yahoo.com

### **VERIFIED COMPLAINT AND JURY DEMAND**

**NOW COMES,** the above-named Plaintiff, **LEE ROY STALLMAN**, and states the following as the basis for his Cause(s) of action now being brought against the above named Defendant(s):

### **PARTIES**

1.     That Plaintiff, LEE ROY STALLMAN, is a U..S. citizen and a primary resident of the city of Warren, County of Macomb, State of Michigan.

2.     That upon information and belief, the named OAKLAND COUNTY, is an independent government municipality, whose principal place of business is located within the city of Pontiac, County of Oakland, State of Michigan.

3.     That upon information and belief, defendant, SHERIFF'S DEPUTY-DARIUS ZAJAC, is an individual citizen and employee of Oakland County, previously or currently residing in/or

within his official capacity/position, acting under "color of law" as a Sheriff's deputy, within the County of Oakland, State of Michigan.

## JURISDICTION AND VENUE

4.    The claims brought herein are cognizable under the Constitution and laws of the United States and is brought pursuant to 42 U.S.C § 1983.Accordingly, jurisdiction is conferred by 28 U.S.C. § 1332 as this matter involves a federal question.The court has jurisdiction over this lawsuit pursuant to 28 U.S.C.§ 1342(a)(1)-(4) and 1343(b).

## FACTUAL DETAILS

5.  October 31, 2019 at 10:56AM the plaintiff contacted the Oakland County Sheriff's office for civil matter regarding his previous employer, Sweetland transportation located at 3025 Mullins Ct., Oxford, MI County of Oakland.

6.  The following is a verbatim record taken from a variety of media personally transcribed by the plaintiff by utilizing incident report/s, audio and video recordings captured by the plaintiff, including audio/video provided by the plaintiff's multiple FOIA requests through Oakland County Sheriff records office. All information provided was used in relation to the and malicious prosecution and conspiracy to violate and further violate the plaintiff's constitutional rights afforded pursuant to the United States Constitution.

**Plantiff's call to Oxford Sheriff substation for civil matter assistance**.

*Central dispatch, Janson.*

*Hi how are you today*
*good how are you*

*I'd be better if I wasn't calling you guys*

*I was working for a trucking company they won't give me my property*
*back or communicate with me about my last check.*
*Is there any way that I can get a deputy to accompany me to the place of business.*

*Yep are you going to there right now?*

*No no well I don't want to do anything so I have somebody with me,*
*I don't want them lying and saying I did something that I ain't done, you know?*

*Okay what's the address where the business is at?*

*Wella, I don't know the address but it's Sweetland transportation,*
*off Oakwood, I'd have to, I could get it for you?*
*This is ridiculous man people want their paycheck.*
*and they're playing games with my property you know It will give me the stuff that truck they*
*won't even communicate with me, I mean they, they hang up on me,*
*This is this is just nonsense!*

*I would definitely recommend taking an officer.*

*Yeah right, well me too, because I don't trust them!*
*Obviously you know, They been playing with my check, there's a,*
*there's something wrong with people that do this, Let me see....the addresses is*
*It is 3025 Mullins Ct.*

*Does that say what city or township it's in?*

*Oxford.*

*ok.*
*Hold on one second.*
*All right where do you want to meet at sir?*
*Do you want to meet at the sub station, sir?*

*I can meet at, wait for him outside on the road.*

*Ok*
*Like that not on the property*

*All right hold on one second*
*You say it's called Sweetwater transportation?*

*Sweetland*
*Sweetland*

*What's your name?*

*My name is Lee.*

*Okay is there like a gas station or something Down the road on Oakwood you want to meet at there is no gas station I can*
*it's a regular main road on Oakwood I could just sit on Oakwood.*

*Okay what kind of car will you be in?*
*I'll be a red truck, Dodge ram.*

*And how long will it take you to get there?*

*I can be there in five minutes.*

*Okay.*

*Like I said don't don't approach the building or go up there,*
*just wait outside Oakwood there and then will send somebody over.*

*Okay okay you know how long it will be?*

*As long as we don't have to go to an emergency first,*
*but as of right now they are clear.*

*Okay okay*
*okay thank you.*

1.  The plaintiff jumps in his pickup truck exits, horseshoe Lake campground turns left onto Oakwood, pulls out of the driveway, headed on down to Sweetland transportation and parked, awaiting a OCSO deputy arrive.

    A few moments later an OCSO patrol unit and defendant Zajac, pulls up to the passenger side and asks what was the issue and what did I need from Sweetland. Defendant Zajac asked what it is, that I needed assistance with. I explained to him that there are 3 issues/things that I would like assistance with.

1) Laptop computer left behind in assigned truck #1036 on Oct 18.

2) A copy of an alleged contract the plaintiff signed when hired.

7. Compel Sweetland transportation to either deny any existence of an alleged "tracking number" or just confirm and actually provide *it* today and now. Either they have it or they don't if they do fess up with it so I will leave them alone and go on about my life.

8.

9. Both vehicles entered the parking lot and drove up near the front entrance of the building, defendant Zajac parked on the passenger side, exited the patrol vehicle,  to go inside the office see what the deal is, and will be back shortly, but he cannot make any promises and/or force Sweetland office personnel to write any new paycheck. Defendant Zajac turned away walked inside the building.

10.

11.      Once defendant Zajac exited OCSO patrol car prior to entering Sweetland, He verbally confirmed the three items I requested assistance with. The plaintiff had to clarify to defendant Zajac, he is seeking to receive a "tracking number" to locate, the check  that was mailed and in transit and am NOT asking for a paper check. Literally asking for the tracking number that Sweetland transportation advised me that they would forward, once the tracking number was in their possession on Oct 25 as verbatim record shows.. Plaintiff further advised he has yet to receive the "certified" mailed paycheck, and has been patiently waiting to receive since Oct 25.

12.

13.      Not long after, defendant Zajac returned to advise the plaintiff wit information Sweetland staff provided within the first 2 minutes of defendant Zajacs arrival. Defendant Zajac informed the plaintiff that the "tracking number" was forwarded to the dispatch office, and  to simply call the dispatch office to make contact, with their office to retrieve the tracking number they have in their possession.

14.

15.     Defendant Zajac says he is going to search the truck parked inside the garage and will be back as quick as possible, and turned away and walked back inside the building a second time.

16.

17.     Once defendant Zajac advised the tracking number was in fact, in the possession of the dispatch office and to contact set office for receipt of the tracking number. The plaintiff immediately picks up the phone, dials the dispatch office.

18.

19.     The following uncertified transcription an audio recording with regard to all parties involved, provideing a verbatim transcript to disprove all information used in connection with the use of excessive force, during an unlawful arrest,  conspiracy against malicious prosecution, regarding all events that unfolded on Oct 31, Nov 1, 2019 until Judge Kumar dismissed the charge on September 21, 2021 issued the final order, dismissing all counts with prejudice, on December 7, 2021.

20.

21.     The following verbatim [uncertified] transcript derives from an audio recording,after defendant Zajac exited the property of Sweetland transportation the first time and provided me with a message indicating I [the Plaintiff] could contact Dispatch office to obtain The tracking number in order to locate the whereabouts of the mailed payroll check.

22.

**23.     Call originates at 11:14AM October 31, 2019**

24.

25.     *Hey man.*

26.

27.     *Hey I'm here at the office with the Sheriff's Department and they're saying that they gave you the information for the tracking number, did they give you that information for the tracking number for my check?*

28.

29.     Defendant Zajac comes out of the building walks up and asks...

30.     *Heeey Lee, what color and brand is your laptop?*

31.

32.     *I'm talking to dispatch right now!*

33.

34.     *What color is your laptop?*

35.

36.     *Dark gray like*

37.     *dark gray.*

38.

39.     *What brand?*

40.

41.     *Oh it's.. Acer.*

42.

43.     *Ok.*

44.

45.

46.    Defendant Zajac turned away to walk back into the building, and plaintiff immediately contacted dispatch office for the third time, Asking for any recent update on the claim by office personnel that they have recently forwarded the number to dispatch offices. Dispatch offices has made several attempts to call the accounting office to question the whereabouts of the tracking number that Office personnel has advised minutes earlier. Dispatch office staff has no knowledge of any tracking number that has been allegedly forwarded to their possession.

47.

48.

49.    Defendant Zajac returns outside Sweetland offices, now reporting a completely different outcome than expected since the prospect of finally retrieving Sieve tracking number, only to be let down yet again. Sweetland staff passed the buck onto the dispatch office. Dispatch passed the hot potato back at  management  [Sonja, Stefania and Nicole M].  Defendant Zajac is now exiting the building for the third time carrying that hot potato of information with all my issues

50.

Call originates at **11:17AM, October 31, 2010.**

*Hey Lee.*

*What 'd you find out?*
*Are they still in there lying to this officer?*

*Listen listen listen I spoke with Micki, he is on his way to the office I know you also spoke with Nicole Meier if I'm not mistaken?*

*I haven't spoken to anybody the only person that's willing to talk to me is you there and they're lying to the police.*

*Anastasia Anastasia did they say that Nicole Is going to get Borches' [Blaze] truck?*

*Why are they in their lying to the police officers?*

*I don't know are the police in their?*

*Yes!*

*Well this is beyond my jurisdiction then.*

*Well it's not about your jurisdiction,*
*Did they tell you, they told Nicole, somebody in the office, told the police officers that they gave you the tracking number and you haven't given it to me!*

*SIiiiiighhhh*

*Did they give you the tracking number for the that the check?*
*I'm going to go check, I don't fucking know, hang on one second.*
*Nobody in dispatch has that shit dude!*

*Well then they're lying to the police officer!*

*Ok I'm going call and talki Nicole right now.*

*Here comes the cop right now, hold on you can hear what he says!*
*hey you want this?*

*Nah, I'm good!*

Defendant Zajac returns outside Sweetland offices, for the 3rd time, now reporting a completely different outcome than expected since the prospect of finally retrieving the elusive tracking number, only to be let down yet again.

Sweetland staff passed the buck onto the dispatch office. Dispatch passed the hot potato back to management [Sonja, Stefania and Nicole M]. Defendant Zajac is now exits the building the third time carrying that hot potato of information with 3 simple issues with an even more confusing explanation of what in the world is going on with Sweetland staff providing the tracking number they Claim To have in their possession [ according to their claims] Since October 25.

Defendant Zajac begins to explain the conversation with Sweetland staff, presenting the possible resolution to the issues Sweetland transportation has advised and claims to and will resolve willingly and voluntarily.

*All right Nicole M did a lot of work Okay she contacted Nicole G, she's driving and said that she gonna get the tracking number, but she's driving*

*that's what they said at 8:00 this morning*

*Yeah, I don't know, well whether or not she.....hold on, listen to me Lee, Blaze something about hours, they first she said come backThree tomorrow Blaze will be here around 1030 and before he leaves at 2. And then Nicole G said somethin about Blazes hours, about driving I'm not sure, but for sure 100% Monday Blaze will be here, and Mike the owner will go to the truck with you, cuz Blaze already looked in the truck and didn't see it, unless you had it in a compartment or something, and they had a laptop pulled out, but it's an HP and it was like light silver and apparently some guy some other guys you know so, the tracking number is going to get to you as soon as Miche.. Michelle or Nicole G stops driving shes going going to get it to Nicole M, and Nicole M is going to text you.*

*Isn't that, Isn't that what they told me earlier, dispatch?*

*I dunno what dispatch told you man*
*When I called my got all my phone recordings, when I called you earlier and you had you relay the message for me, you then I talk to you again and you said they're going to give you the number and if they didn't give you the tracking number to call you. Then, if I didn't get the text to call you back in an hour, I called you back in an hour and you were going to connect me and then they hang up on me, this is the game that they're playing with me, and they are in there lying to the officer and wasting his time in office and telling me to come back, come back, give me the tracking number she's in a pullover she's driving, hello she been driving she told you that she was driving at what ,8 o'clock this morning, did she tell you that?*

*I have no idea at this point!*

*Now you have no idea, so so all I have to is, show them, listen to recordings.*

Looking over at Zajac with a look of bewilderment on The plaintiff's face and says...

*"do you see how they play this game"*
*Yeah I know, hold on, There going to get you your check okay because is not a problem okay*

*, And they said it's not a problem, okay. But, they don't know about the computer they found, a computer with a cable, but is not how you describe it, it's not the right brand and it somebody else's and...*

*Well it's not mine, I don't want it....*

*It's somebody's name Michael or Mikell, I don't know, whoever's computer right.*

*Somebody else's yeah.*

*Soooo....*
*, they're going to pay you, they're not like angry at you or anything okay?*

*Hahahaahaa will....*

*Yeah sure people lie to me all the time, That's truth right?*

*Here's a lie right here too because they called the cops too, and I was held at gunpoint because they lied and said I was waving my gun around in the parking lot!*

*Okay!*

*Well just give it till Monday, okay because Nicole MYou said 730 blaze will be here 100% he knew the owner can go through the truck 1036 is the truck they look the trucks in Dearborn, so that's all I got for you!!*

*We'll see I've been telling them since Friday, I asked him then can you just tell me where, I can get my, I want to see, I can't leave because my PO Box and they know that it can't....*

*I don't know whether or not they'll tell you where the truck is, for whatever reason this this is what I do for a living!*

*Yeah, I understand that and I appreciate it.*

*We got our official policy you know?*

*I appreciate your time I really do.*

*I'll be here, I'm working Monday, I'm working Monday through Friday, so if they, if I hear the call I'll come out over here and try and come back and help you out, but Monday for sure, not making any promises, if Nicole G stops,  just number, tracking number, let Nicole M know that she,she told me that she's gonna text you the tracking number!*

*I've been waiting for the tracking number since Friday!*

*Sorry Lee, that's all I got!*

*They ain't nothing but a bunch of liars, and that's why I called you guys, I want them lying saying something, he come in here doing something, like this, saying I waved a gun around but I was live streaming, proved that I didn't,*

*Right that's good, okay so let's try to handle things Monday 730 morning I start at 7:00AM*

*So did you say anything to them about given me this contract or anything you know because in all reality, I want my laptop, but I can live without it, want my check so I can go to Tennessee, right.*

*And they're holding me up from going to my new job in Tennessee preventing me from making money, I'm gonna sue then over this, it's just ridiculous!*

*You might have a case!*

*Well I know I do.*

*I deal with criminal stuff you know, so....*

*While this this this is borderline criminal, if you asked me, really for real!*

*Good luck Lee!*
*I appreciate your time and I don't like to waste your time on petty stuff, just give me my check so I can go on with my life!*

*You know what I mean?*

*I got you!*

*Hey officer, have a good day buddy!*

Both parties separate without incident, the plaintiff had back to his campsite to await the text message that defendant Zajac told the plaintiff he would receive no less than five or six times.


**Defendant Zajac Incident Report (November 1, 2019)**

Information: On 1031 2019 Lee Roy Stallman contacted OCSO over a civil matter regarding his prior employer, Sweetland transportation truck and trailer repair. Stallman **advised he was fired** and wished to pick up some belongings and his last **paycheck** from the business. He explained he will be waiting near the business in a red Dodge RAM 2500 Pickup truck.

When I made contact with the complainant, I advised Stallman I cannot force a company to **issue a paycheck,** but I explained I would go in there and see if his property was still there and bring it out.

When I entered the business I spoke to Sonja and other office personnel named Stefania and Nicole. **All three ladies explained they attempted to contact Stallman for a week but didn't show up for work.** Sonja advised the final straw was Stallman's live stream videos for his YouTube channel "Road To Prison" that ultimately got him **fired.** Sonja advised the company has extreme strict policies in place when operating a 16 wheeler driving across the entire country. Stallman would **routinely record himself operating machinery and the confidential items he was transporting.** She explained Stallmans last check **was sent out** certified mail to **the address he had listed on the file company.**

Employees Stefania and Nicole share the same office towards the front of the building. They both advised Stallman is **extremely agitated** regarding his last paycheck and has called them with **threats** numerous times, both employees attempted to explain to Stallman **the check was sent out certified mail to his address**. Everyone in the office attempted to try and explain to him when an individual is terminated, their last check is sent through the mail so employees do not return the business. Office personnel and another employee named Blaze cleaned out the truck and did not locate any personal items Stallman may have left behind, manager Sonja advised Stallman can come back Monday when Blaze and the owner of the company are here to go through truck once again.

I returned back outside and attempted to explain to Stallman that there was no property recovered inside the truck but that he was more than welcome to come back Monday when the owner will be there. Stallman **repeatedly spoke over me and interrupted me on multiple occasions he became extremely upset I could not recover his property begin demanding I get his paycheck,** again I explain his **check was mailed certified mail to his address.** He **continued rambling about how everyone is a liar and the police can do nothing for him.** Before Stallman left again, I remind him to come back Monday when the owners are here to go through truck **and he agreed to come back Monday** and left the premises.

A few hours later the same day Sweetland personnel contacted OCSO harassment complaint. I responded to the business and spoke to the same three office personnel as I did earlier. Stefania played a voicemail message left by Lee Roy Stallman rambling how they were all liars and that he would never recommend their business to anyone. Nicole advised she spoke to Stallman on the phone and **he was extremely manic and threatening.** She advised she attempted to explain one more time regarding his **mail paycheck** but **Stallman continued just to yell and scream over the phone.** Nicole advised she just didn't need to list all his yelling so she hung up on him.

**TELEPHONE CALL, Defendant Zajac and the Plaintiff**
**October First 2019 1:55 PM**

edit and play in microphone

I recommended the business seek personal protection order. All three female employees asked if he can be advised of the no trespassing law as they were all extremely fearful of him. I advise I can contact him and tell him not to return to the business.

I called Stallman from Nicole's work phone. I explained to Stallman that he is not helping matters by constantly calling the office ladies up front **and threatening them** over his last paycheck. Once again Stallman spoke over me, nd asked if he was being charged with a crime. I advised him he is not. But the business representatives do not want to him back on the property at any cost. I explained that if he returns he could be arrested for trespassing, Stallman stated he will never return to that horrendous company again then began to berate me over the phone. I eventually just hung up the phone due to Stallman's makimg little sense while speaking. He was expressing manic and schizophrenic tendencies to which I could not legitimately maintain an adult conversation.

**End of incident report.**

Pertinent back story information is as follows:

October 25, 2019 2:17 PM the plaintiff sends a text message to Sonja,the following exchange is a verbatim uncertified transcript of text conversation between Sonja and the plaintiff.

Sonia, this is Lee. Is my check ready for pickup under the timeclock?
Final checks are sent certified mail.
[in the meanwhile I immediately call Sonja and her response to the call is]
I'm on the other line.
I have a PO Box. I told you that when I started working for you. How do you think I am going to get my check when you send it certified??
Send you PO Box info and we will send it there.
Have you sent my check out…. Yes or no?
I don't do that the accounting department does that
did Nicole from the accounting department send my check out yet YES or NO
IDK ask her
She didn't answer. Would you or she prefer I come to the office and ask in person?
No you are not allowed on the property per contract
LOL… Oh really? Per what?
Contract
contact what
per contract
contract? I don't have a contract.

Yes guys are something else. I
want my check today. I don't
have time to play chase the
check.

October 25, 2019 the plaintiff contacts Sweetland transportation regarding his last and final
payroll check. The call went delivered to voicemail, the plaintiff did not leave a voicemail.

October 25, 2019 @ 2:42PM the plaintiff contacts Sonja again. The following is a verbatim
uncertified transcript of text messages sent to Sweetland management'

Why do you want to make
something simple, very
difficult?
My PO Box is 66135,
Roseville, 48066
when will Nicole send it out?
Or is that too difficult of a
question to answer?
Thank you for the PO Box.
Accounting will contact you
when the check is in the mail
the check must be in the mail
today or I will contact the
department of labor. 1099
position are not. If it's not
postmarked today, I will report
your failure to compensate for
work performed.
Your violations of labor laws
could come back to haunt you.
State law requires all drivers to
be paid time and ½ after 40
hours. Your policy does not
trump state law.

Less than 4 minutes later a return phone call from Sweetland transportation is received October
25, 2019.  The following uncertified Verbatim transcriptWas captured in an audio recording of
the incoming call from Stefania Ristoski.

*Hello*

*Hi this is Stephanie from Sweetland office, I missed a call from you!*

*Hey how you doing Stephanie?*

*Good thanks!*

*This is Lee.*

*Hi, how is it going?*

*Good I was just calling to see if my check was available to be picked up?*

*Uuh your check, your check, because you're finally, your check will be certified and mailed to you I can tell you....*

*Why would you do that?*

*...the tracking number.....uum because It's a final check.*

*Why would you do that, that's you know this, you guys wonder why you have such a high turnover rate, do you guys wonder why?*

*I have drivers that have been with me for a very long time.*

*Yeah, Your longest driver is been what six years.*

*You have no idea.*

*What six years?*

*That's as long as I've been in business!*

*So so guess what you guys are going to send it certified mail, guess what guess what, you're playing games with my check. And you can cancel that certified check and get......*

*CLICK!*

Stefania in response, Sweetland staff terminates yet another phone call in an attempt to receive my final paycheck.
October 25, 2019 @ 2:42PM the plaintiff contacts Sonja [Sweetland manager] again. The following is a verbatim uncertified transcript of text messages sent to Sweetland Transportation.

Why do you want to make something simple, very difficult?
My PO Box is 66135, Roseville, 48066
when will Nicole send it out?
Or is that too difficult of a question to answer?

Thank you for the PO Box.
Accounting will contact you
when the check is in the mail
the check must be in the mail
today or I will contact the
department of labor. 1099
position are not.
 If it's not postmarked today, I
will report your failure to
compensate for work
performed. Your violations of
labor laws could come back to
haunt you. State law requires
all drivers to be paid time and
½ after 40 hours. Your policy
does not trump state law.

21.    November 1, 2019 the Plaintiff was unlawfully arrested on the corner of Oakwood and

Mullins court across the street from his former employer, Sweetland transportation.

22.    Just a few minutes prior to the plaintiff's unlawful arrest, he was traveling eastbound on

Oakwood headed to his campsite at the horse shoe Lake campground where he has been

staying for the last 4 months, and now on his way to winterize his camper after just purchasing

RV antifreeze from tractor supply company a mile or two away.

23.    While traveling eastbound on Oakwood, in a big old, red truck Dodge, that sticks out like

a sore thumb, from a mile away. Plaintiff observed a OCSO patrol vehicle coming towards him

from the other direction.

24.    Oakwood is a dirt road wide enough for two vehicles to pass, but out of courtesy, cars will

usually slow down while passing each other in this area. Having had a very negative experience

with an Oakland County Sheriff's deputy the previous day, I slowed down more than to make

room as usual, easing to the side of the road.  Waiting and ready to provide a friendly nod,

acknowledging the [law enforcement] vehicle going the other way.

25.    As the patrol car passes by, much to the plaintiff's chagrin, it was Defendant Zajac, whom

responded to Plainitff's civil matter the previous day.   And today, this same deputy was

unprofessional, rude with the look of disgust on a snarled up face, while staring at the plaintiff.

26.     Quite bewildered and caught off guard by defendant Zajac's behavior, plaintiff decided to call a superior to launch a verbal complaint on him for his lack of professional and disrespectful behavior and to report additional concerns that occurred the previous day.

27.     Continuing to drive towards my campsite while maintaining eye contact with defendant Zajac in the rear-view mirror, watching his direction of travel, continuing westbound on Oakwood towards M-24 and then all of a sudden defendant Zajac turns north off Oakwood, onto the road leading into Sweetland transportation property.

28.     Deputy Zajac's behavior is really puzzling and setting off all the plaintiff's alarms, sirens, bells and whistles connected to the plaintiff's natural gut instinct, were on full alert. Curious as to why in the world, would this Deputy feel the need to turn into Sweetland transportation just after he stared down the plaintiff, giving him the stink eye.

29.     Curious but equally irritated, plaintiff pulls a u-turn and heads towards Sweetland transportation to discover, defendant Zajac's OCSO marked patrol unit Parked near the front entrance.

30.      The plaintiff pulls up to the corner of Mullins Ct and Oakwood and parks at the side of the roadway facing west. Clearly defendant Zajac was inside the office speaking with the office personnel, choreographing a meeting of the minds, with defendants Meier and Ristoski.

31.

32.     Plaintiff awaits Defendant Zajac to exit the property in order to catch his attention to discuss the previous days unjustified interaction during a phone call initiated by the defendant., shortly after both parties departed Sweetland transportation, at the conclusion of defendant Zajacs unsuccessful effort.

33.      The plaintiff contacted OCSO requesting assistance retrieving personal property left behind in the work truck previously assigned and to question plaintiff's former employer regarding confirm it's existence.

34.

35.    While I waited out on the road to protestdefendant Zajac, I observed a semi-tractor trailer pulling up, then parked across the street with a load of tubing for the factory that sits directly across the street. The driver of the semi got out of his truck and began walking towards my direction as I was getting out of my truck. We began to speak and during our brief conversation I gave him a cliff notes version of what was going on between Sweetland transportation and myself. The driver said he needed to check in for his delivery and walked away.

36.    While I was standing outside my truck waiting for Deputy Zajac I notice out of the corner of my eye Sweetland employees Stefania and Nicole slowly walking from the building towards the property line in an attempt to sneakily observe the happenings out on the street in front of the property. Once the two women noticed me noticing them they stopped like deer in headlights. I raised my left hand and simply waved in acknowledgment that I can see them. The two women immediately turned away and scurried off back into the building.

37.    A few moments later the truck driver was walking back to his truck and he began to speak to me asking if I would be willing to move my pickup from the spot where I am parked to a different spot further up and out of the way, so he can use the necessary amount of road needed to make a wide turn into the shipping and receiving driveway entrance. I acknowledged and agreed without hesitation jumped in my truck and pulled forward out of the man's way.

38.    A minute later I decide to contact Oakland substation in Oxford to make an attempt to contact deputy Zajac's supervising officer. With the purpose of questioning his involvement and the accusations cast upon me by Sweetland transportation.

39.    Moments later I observed deputy Zajac in his patrol car headed my way exiting Sweetland property. When deputy Zajac is approaching I attempt to turn on-video mode. In order to record the interaction between defendant Zajac and myself due to the fact that my radar, gut instinct and six cents tells me that I need to protect myself because deputy Zajac As previously displayed signs that he is very unstable and may over react, lose impulse control and make irrational decisions resulting in a negative experience for myself. I believe that if I am

recording the incident deputy Zajac would not behave improper or conduct any reckless and do anything foolish, stupid as long as I'm holding a camera in my hand He'll realize that I am recording him and act accordingly and honor the sworn oath that he put his hand upon us for his promise to God Almighty.


**Encounter with Defendant Zajac begins @ 00:00:00**

As defendant Zajac exits the parking lot of Sweetland Transportation and stops the patrol car, and the plaintiff begins to walk up to protest Deputy Zajac, noticing the driver window is rolled down, and say….

Pla:     *Are you stalking me bro*?

As Defendant Zajac is exiting the patrol car, Plaintiff says….

Pla:     *Are you stalking me?*

Def:    *Nope, I am not!*

Pla:     *You're* not?

Def:    *Nope*!

The distance between the defendant and plaintiff was about 4-5 feet. Defendant Zajac facing South. Plaintiff was facing North. Facing each other while speaking.

Pla:     *What are you doing?*

Def:    *well….*

Pla:     *Why going by my house?*
         *What are you doing driving up and down the road?*

Def:    *It's a public roadway.*

Pla:     *Oh really, Your stalking me bro!*
         *What are you doing here?*
         *What you doing here?*

Def:     *Uuuh, a report!*

Pla:    *Oh, a report, you need to come back to do a report?*

Def:     *So you can...*

While plaintiff is holding cell phone up at shoulder level in right hand, with left hand in the air equally as the right.  Using the left hand, to point over to the cell phone in plaintiff's right hand and says to defendant…...

Pla:     *Right now, I'm calling the Oakland County sheriff*

Once plaintiff announced calling the sheriff, deputy Zajac closed the 4-5 foot gap in between the two in a split second, while stepping up to the plaintiff, he says….

Def:     *Hold on a second.*

Defendant Zajac was now violating plaintiff's personal space.
Plaintiff takes a couple of steps backwards in response to the intimidating approach of Deputy Zajac, to regain lost personal space and while stepping backwards I say to Zajac…..

Pla:     *Get away from me!*

Defendant Zajac with a concerned look on his face gazing over at Plaintiff's hand holding the cell phone and real quick like, raising both hands in unison and  reaches out  attempting to grab the phone, while Deputy Zajac says….

Def:     *Hold on!*
         *Hold on!*

As he's attempting to grasp the right hand that is holding a cell phone.
But the plaintiff avoided the defendant's attempt, before the phone could be snatched away, while telling the defendant…...

Pla:     *No no no no no not*

As I'm telling him no no no no I'm pulling my right hand back and away out of his reach. While I'm doing this the left side of my body is turning closer towards Zajac and he immediately stops attempting to grab my right hand because I retracted faster than he could snatch.  Now my left hand is within his reach.  As Defendant Zajac attempts to grab The plaintiff, now reaching to grab plaintiff's left hand and says…..

Def:     *Right now, you're under arrest!*

Plaintiff immediately avoids the attempt to grasp the left hand while the two spun around,  while defendant Zajac was attempting grab the plaintiff's wrist, who is now facing South.

**Encounter escelates  @ 00:21:00**

Defendant Zajac now faces North.
Plaintiff now faces South and says...

Pla:     *For what? For what?*

As the plaintiff is stepping away from the defendant

Def*:*     *Disorderly Person!*

The defendant is walking toward the plaintiff, while the plaintiff continues to walk backwards away from Defendant Zajac's

Pla:     *For What?*

Def:     *Yeah...Disorderly!*

Pla:     *Why? Because I caught you?*

Deputy Zajac steps up fast while walking backwards and reaches up, grabbing both shoulders and Attempting to pull the plaintiff down towards the ground and bends him over at the waist. The plaintiff swings both arms in a windmill motion from left all the way up around to the right, forcing the grasp of defendant Zajac to be released. While again saying.....

Def:     *Disorderly person!*

 As Defendant Zajac's grip was released, now standing upright again back up and took a couple more steps backwards and say again....

Pla:     *I caught you!*

Once the plaintiff stood all the way back up continued to take another step or two backwards when defendant Zajac attempted to tackle the plaintiff ......

Pla:     *Hey I'm gonna!*

As defendant Zajac attempted to tackle me I sidestepped his momentum and he went on by me when I sidestepped in front of my truck Avoiding is attempt and is now approximately 6-8 feet away from me and says.....

Def:     *Get on the ground!*

Now that the plaintiff is standing in front of his truck he places both hands onto the hood And assumes the arresting position, feet spread apart leaning forward weight on the hood both hands spread eagle across the hood and I say.....

Pla:     *No, right here!*

Standing in front of my truck spread eagle, take a look over my right shoulder and I see Zajac on holes during his Taser. The look in his eyes was as if he was the devil himself and says.....

Def:     *Get down on the ground!*

Fearing that he will tase me, I reluctantly lift my hands off the
hood take the weight off of my stomach and chest as I leaning
on the hood and I turned and say….

Pla:     *Dude you're gonna, your in trouble bro!*

I begin taking big steps towards the grass-line towards the passenger side of my truck while
dropping to a knee, holding both hands in the air, cell phone in the right....
Defendant Zajac says…..

Def:     *Get down on the ground!*

Now that I am on both knees kneeling in the grass, expecting
defendant Zajac to come over and effect an arrest, I say….

Pla:     *You're in trouble! You're in trou…*

Def:     *Get down on the ground!*

Pla:     *You're in trouble…*

The plaintiff IS on the ground, and both knees are firmly planted
in the wet grass and next thing you know….

Def.     *NOW!*

Defendant Zajac pulls the trigger on his Taser from about 12 feet away shoots me in the back,
and the delayed reaction between feeling it hit my back, till I felt the electricity seemed like
forever, but I fell forward onto my stomach in the grass and defendant Zajac pounced on my
back resting the weight of his body on mine.


**Encounter ends @ 00:46:00 seconds after it begins**.


Pla:     *Dude, Aaaaaaaaahhh, Bro..what are you doing?*

While falling forward onto my stomach towards the rocks that are near the landscape.

         *What are you fuck YOU doing?*

Defendant Zajac then pounces on my back holding me down putting a left handcuff on.

         *You're in fucking trouble bro!*
         *You're in fuckin and trouble*

At the very second the plaintiff is verbally protesting against defendant Zajac's presence at Sweetland [regarding the plaintiff's opinion and belief], the defendant is "stalking him", until the exact second Defendant Zajac announces he is under arrest, is approximately 20s.

From the very moment that defendant Zajac was attempting to seize the plaintiff; until the Taser Barb entered the skin of my back near my left shoulder blade, was a mere 16s, generously.

Plaintiff is now handcuffed laying in the grass face down, Defendant Zajac laying on top of the plaintiff with most of his weight.

While the plaintiff is laying Face down in the grass with one taser barb stuck, hanging out of his skin off my back with a 200 pound man laying on top of the Plaintiff who immediately begins telling Defendant Zajac how much trouble he is in. No more than a couple dozen times. And that lawsuits would be filed against all a couple times not to mention several times the plaintiff disclosed the intent to file civil suits on the trucking company and the defendant himself while on scene.

*You're stalking me!*
*You are talking trouble will*
*his behind the back you're talking trouble do*
*other hand*
*you're in trouble do*
*you're in trouble bro*
*you're in trouble bro*
*urine Buchan trouble bro*
*you are literally flocking trouble*

You could hear Zajac's handcuffs being taken out of the holster

*You are in fuckn trouble bro*
*you're in fuckin trouble do*

*WRONG!*

*Yeah, wrong my ass!*
*I caught you stalking me dude!*

*Wrong*

*I caught you stalking me*
*I caught you stalking me*

*wrong*

*no, not wrong*

*that ship don't really hurt that bad*

*good*

*I hope your body cam is on*
*why you stalking me*
*why are you stalking me dude*
*I want your Sgt. Out here*
*why are you stalking me*

*I got one in custody radio*

*Why you stalking me dude?*

*Disorderly Conduct - I'll be fucking out about an hour*

*You're in trouble bro!*
*you're fucked!*

*Wrong!*

*Is your body cam on?*

*It's on bro!*

*Good!*

*Your in trouble dude!*
*Your stalker, why you, why you scared?*

*I'm not scared!*

*Yeah you are!*

*You're shaking like a leaf on a tree!*

*Am I shaking?*

*Yeah, you are!*

*You're the one shaking dude!*

*NO, I'm not !*

*You,*
*hey, here's the good news you're the one in handcuffs!*

*Yeah…*

*So just sit there!*

*You you you're gonna be fucked, to file a suit on you bro!*

*Okay!*

*Watch!*

*You file a suit on everyone I know it, I get!*

*Oh yeah I'm gonna, because they fought me over and you're over here, or you're stalking me dude*
*I go to get RV antifreeze, and I see you stalking me!*

*Really?*

*Yeah really!*

*Okay*

*watch watch this guy out here knows it too, I want your Sgt. Out here!*

*stay down*

*I want your Sgt. Out here*

*stay down on your face*

*Uuuugh*

*yeah right there, don't move*

*does that feel good*
*does this make you feel good*

*don't move*
*Does this make you feel good*

*are you going to stay down on your face*

*yeah I'm gonna*
*now get off me*

*Stay on your face*

*I don't want to put my face in the grass once you let me lean over a bit*
*alright let go of me dude.. Hey, hey, record this shit record this shit!*

*you Gonna calm down now?*

*I am calm dude!*

*No You're not calm!*

*Stalkin me bro*
*your literally stalking me.*

*What kind of mental problems...*

*No I got no mental problems!*

*...do you have!*

*Are you are you schizophrenic or anything like that?*

*Yeah I'm schizophrenic...*

*Okay, because you're paranoid!*

*Dude you fuckin what you need to go by my house and do a report!*

*you got a house?*

*hahaha you're out of your mind*
*hahaah*
*disorderly conduct*
*I'm resisting*
*I'm resisting*

*I told you not to come around here and this business*

*I'm not on the property*

*okay*

*I'm not on the property*

*Lee now listen to me*

*Yeah now listen to you*

*now here's facts, I got the ladies over there, at the....*

*I don't care*

*...office okay*

*I don't care!*

*You don't you don't care All right I won't explain it to you!*

*What is there to explain?*

*Then, you are under arrest..*
*You are under arrest!*

*Disorderly Conduct*

*Don't move*

*Oh yeah you throw my photo through the people can see what you do to me right?*

*You guys are off like an insane man*
*stalking me*
*stalking me dude*

*sighhh*

*fucking stalking me dude*

*mmm, mmmm.....*

*fucking stalking a guy*

*You see where the other ones at*
*This is the other one*
*Naa... dunno, It looks like it might be under there somewhere*

*I could whine and cry and said you named one's*

*would you like one*

*not at all*

*okay*

*not at all*

*I don't see it*

*what you stand me up and pull it out*

*Will stand you up here in a second*

*his love using that Taser don't you bro*
*you couldn't wait to use that on somebody*
*Suing the fuck out of that company.... And you!*

*I don't know why it didn't*
*yeah*
*your Fucked*

*because it didn't get him*

*or not you got me don't tell me you didn't get me*

*oh okay*

*here to help you so foolish it dude, you're so full of shit*

*disorderly conduct*
*because because your little feelings got hurt*
*My weapon*

*what weapon is that?*
*the weapon that I fuckin own..*

*that's what it is*
*I'm a legal gun owner gun carrier*

*okay*

*yeah*
*fuckin stalkin, the dudes talking stalking the man*
*Make sure you don't touch my money either!*
*I know exactly how much is there*

*yeah yeah okay okay*

*Yeah yeah*
*fuckin bro, you need to go down there and write a police report*

*I got a rollup on your side okay*
*all right 123*

*there you go get my phone in the grass*

*let's put him in yours*

*yeah you give me a bigger seat*
*this is awesome*
*you're so screwed do*
*what you just did was so fuckking wrong*
*watch and see, just watch and see, you pull my shirt out for me if you don't mind is that too much*
*to ask and doesn't come with a stocking plan flocking jackass flocking stop me tase me your acyl*
*your an asshole*

*move your feet in*

*you're straight up ass hole, and I'm gonna prove it*

Defendant Zajac: incident report: CR-190215509,

**ACTION TAKEN**: I pulled to the front of the area of the business and onto the private roadway of New Orleans Ct., Stallman was out of his vehicle already **yelling at a truck driver parked off to the side of the roadway on the corner.** As I approached, Stallman **reached into his pocket and pulled out a cell phone** and began recording me. As I walked closer he rambled things asking what I was doing and why I was following him **and that I was being recorded. I advised Stallman I didn't care and asked what he was doing. He never answered my question** and repeatedly asked me why I was driving on this road and what I was doing here. I

explained Oakwood was a public roadway **and asked what he was doing here on a private roadway in front of the business he was advised not to return to.**

Again, **he didn't answer** and asked me what I was doing here. I advised I was writing a report in the parking lot. Stallman was extremely agitated and continued on by saying I was stalking him. It appeared to me **Stallman was displaying extreme schizophrenic paranoid behavior.** I advised him he was under arrest for disorderly person and reached over to secure his left arm to take him into custody.

This is when Stallman pulled away from me, I again reached over and grabbed his coat and pulled him down towards the ground. **The grass was wet but we both maintain our balance as Stallman only had one knee on the ground when I forced him down the second time. He stood back up and began to walk over to the passenger side of his pickup truck. I again pulled him back and unto the ground away from his truck.** I repeatedly advised him he was under arrest and **he repeatedly advised me he was not. As he began to stand up the third time** I deployed my OSCO issued Taser, Stallman **failed his arms around wildly in an attempt for me to lose control of him,** one Taser Barb **pull away from his clothing** and I only had a partial neuromuscular incapacitation Taser connection. **I managed to force him down again where** he was HC/CT/DL. Stallman continued to **resist and** yell at truck drivers to record the situation. Once he was secured, he continued on how he will file a lawsuit in my stalking behavior.

Deputy Rafalski arrived on the scene at this time to assist. I removed one Taser barred from Stallman and **located the second one wrapped around his right foot.** Both were inspected to ensure they were intact and placed inside the Taser cartridge for transport. Stallman was assisted to his feet and escorted to Mark 0CSO patrol unit 1615 where he was secured. He continued to **verbally threaten us** and continued on about his lawsuit against the Sheriff's Department. I requested deputy Rafalski complete inventory of Stallman's truck for impound. Deputy Rafalski **located** a .40 caliber Smith & Wesson handgun (see attached photograph) on the front passenger seat of Stallman's truck. Deputy Rafalski unloaded the weapon and I secured it inside my patrol car(LIEN CHECK clear). I returned to Sweetland and requested staff Stefania and Nicole complete written statements (see attached).

Lee Roy Stallman was transported to the Oakland County jail without further incident. A NCIC check on Stallman indicates a state identification number of 209-3209 with an officer safety caution. **Stallman acknowledged he he did prison time but was able to file a petition to reinstate his rights to carry and purchase a firearm** Stallman does have a valid PPO in Missouri with the protected party named Shawnna Conner **and her child.** The PPO indicates a caution that Stallman is known to resist and obstruct police and known to be armed and violent. Oakland County dispatch is advised to contact the court for our PPO and have any other stipulations faxed over to the Oxford Township substation for review.

Taser cartridge and firearm was transported secured inside the OCJ property room. Patrol vehicle video and audio recording of the incident attached to report, report completed

**Plaintiff is secured in Rafalski unit.**

Defendant Zajac Begins to explain the events that unfolded with defendant Rafalski. During this 10m 3s conversation. search for taser barb due to his wild finagling around in an attempt to break free from defendant Zajac's control of his partial neuromuscular incapacitation.

*Okay so this guy*

*I don't know what*

*he's a nut*

*obviously*

 *he's an absolute not*
 *he got fired from his place right here*
 *and he's been calling, demanding, uuh harassing, the ladies over there*

*right*

 *and uh basically I talked on the phone yesterday I said you're not welcome to come on the This property or your trespassing, So, I'm at the hospice like what 200 feet down there so I figure I'm gonna pull in here*

*right*

*Start running the people for my report and uh, the girls over there, come running out there like, like he uh, freaking out here on the roadway, yelling at the truck drivers going crazy and making gestures to them*

*uh huh*

*because He saw them through the window, so I said, so he's being he's being disorderly, and she's, and they're like yeah. So I came out here and he's just videotaping me with his camera and I go what you what you doing you know and then uh, in uh, right off the bat, his phone out my face, and I go…, well right now your being disorderly, and you're under arrest I go to take him under arrest and he was resisted me, -right- and we kinda danced around here a little bit and I just tasered him*

*Alri- All right where'd you, Where'd you*

*right here*

*walk me through it, uuh…Taser'd em…..pop…bzz fttt*
*I don't think uuuh*

*I don't know why this is not coming out*

*here BBBzzbzBZBBBZbZBZbBBbzzzzz….. youre not*

*Cool*

*Buhuawuauauauw*
*You push the power button*

*well you know I love the X 46*

*I know how you loved your old one*

*uuum, I got a bag*

*I don't see any freaking Stupid anchors*

*yeeea I know*

*They're usually prolly over*

*it happened probably moreover here*

*Got one right here, I got one*

[**Got one right here, I got one,** s Deputy Rafalski Advising defendant Zajac that he found fhe first one of the 3 "tags" deputies are required to recover after taser deployment. Having a difficult time finding one let alone three indicates information provided in the incident report authored by defendant Zajac, does not represent a truthful representation in later reports and testimony.

*Need three*

*So, he's most likely got a firearm in that truck, He's got a PPO I don't know how he how does he Still have his CPL.*

*Has a CPL or a firearm so*

*Well will have, were going to lodge them*

*Oh yeah*

*So will have afternoons take him down*

*I gotta go over there and start getting witness statements from them ladies*

*Well here*

*Let me get the bag Real quick*
*this goes on here about his phone in your car right there.*

*I'll go look for a couple more  [Let me call later you want me to call him give him a heads up]*

Deputy Rafalski advises he will continue to look for the other two tags to maintain proper record.

*sigh sigh.....*
*I want to get Buckhorn's here*
*Yeah, I want to get whatever gun he's got*

*So I don't know how he has the CPL still*

*Go right on the video*

*But the uh, I took the round out of it out of the gun*

*OOOhh ooo OooK cool*

*They were locked and loaded*

*Cool*

*No, trying to get up I don't know is that if you want somebody here*

*Well I don't know. I ran him the other day*

Defendant Zajac admits to having "looked into him" the other day. Raising the questions of the motivations behind defendant Zajac's unlawful arrest and use of excessive attributed to the conduct, actions and further malicious prosecution by defendant Zajac.

The plaintiff upon information and belief, has deduced that other not yet named defendants involved in a conspiracy to violate the plaintiff's constitutional rights through false accusations and information provided to the Oakland County Sheriff's Department in retaliation by several disgruntled and/or angry YouTube creators Known to the plaintiff had been acquainted with, In connection by way of the plaintiff's own First Amendment freeze beach platform [Youtube]

Where the plaintiff shares government and law enforcement accountability content for the Viewers subscribe to his channel for the previous six months.

The plaintiff intends to file an amended complaint when the Federal Bureau of investigations fulfills the Freedom Of Information Act, Scheduled to occur on January 20, 2023.

Until the FOIA request is received, the plaintiff cannot make factual assertions with confidence to support his claims of conspiracy conducted through private individuals cooperation and conjunction with government officials, i.e. Oakland County Sheriff's Department and defendant Zajac and other unnamed Sheriff employees.


*Okay see you in five*

*uumm,*
*coming across Oakwood soon as you come across cross metal more stand right side*

*just east of Lapeer*

*uum*
*Buckhorn's on the way*

*okay*
*uuuum, uuum can handle impound*

*yeah absolutely*

*I want to go over there I want to start Getting witness statements... is your center lock closed, because*

*yes It's closed*

*because Scott he's he's got got a problem I think he's gotta*

*Got a rager, anger management problem*

*yeah I think a schizophrenic*

*well I'm going call Lori right now and have her send an afternoon shift car appear and then they can transport*

*okay*
*Is he the registered owner of this vehicle*

*yeah*

*hey uuuh, do you have any other plastic bags or anything anything for the gun*

*Yep Yep*

*I turned your phone off*

*good*

*do you want another one*

*well I think he's got his wallet on em, let me bring you the phone, you know what*

Defendant Zajac goes inside to discuss the plaintiff's arrest with employee/defendants Meier and Ristoski.  The following is a verbatim account of the conversation.

*well that was a little brutal*

*oh so you saw me do the tango with him right*

*she did I didn't . I missed it, but she did*

*okay so he he he is*

*yeah yeah I know huhuuu yeah*

*he is... schizo*

*yeah*

*There is something like,.. he is real bad, I knew he was bad but, he is like way over off the deep end, so could you guys  so, when I went over there, he thinks I'm following on stalking him, I was at his house and hes going on and on and on and on which is paranoia,…. Right?*
*Yeah!*

*uum I was actually right Down the street taken*

*then then you were right sitting there*

*Death report that you know*

*yeah*

So that's when I that's when I saw him pass me and I go that's weird, *so when you guys came out and ran over me saying that he being disorderly and screaming and yelling at the truck drivers pulling in and then he sees you guys thru the window and hes making obscene gestures or whatever   he did. Can you take some statements for me cuz , he's going to jail.*

*well I...a .. I,* I seen the whole thing, I seen him resist, I seen when you grabbed him and then he threw himself on the rock, *I seen it, I seen all of it, ha ha ha. I seen through the window.*

*Yeea, perfect!*

*If you need that I can hahaha*

*So I got that and I got what he did originally, try not to write on the back but you write what you need, if you need more just use another one.*

*Ok*

*I'll be back in five minutes.*

*okay all right.*

Defendant Zajac exits Sweetland transportation, jumps back in his patrol car, rolls down his window, punches in a couple numbers on the key board, reaches into his pocket and pulls out a cigarette, fires it up, takes a big puff, shifts the patrol car to drive, drives around and parks at the entrance of the business.

Defendant Zajac's supervisor walks over to the driver side window, and begins speaking with defendant Zajac, the following is verbatim as follows:

Supv.  *Sup? you alright?*

*Yeah, I'm Good*

*Long story, even longer, okay this guy...*

The plaintiff fails to witness, defendant Zajac's "long story", that was even longer.

Pla:    *You need to write a report*

*Yeah I was down the street for a hospice report....*

**OCSO partol unit video/audio ends.**

**WITNESS STATEMENTS: Nicole Meier and Stefania Ristoski**

**1) Nicole Marie Meier;** On October 31, 2019 Lee Stallman was advised to stay off the Sweetland premises. On November 1, 2019 he showed up and parked in the road, **he was yelling to factory workers and noticed us in a window and was** waving **and yelling** ( not sure what was being said). We (Stefania) and I proceed to try to make contact with officer Zajac regarding Lee. He has made us feel unsafe. Ofc. Zajac then attempted to speak with Lee regarding that issue. **Next I witnessed was Lee being detained and on the ground fighting the officer.** Lee Stallman has made my coworkers and I feel unsafe. He has **yelled and berated us,** over the phone over and over. After being detained all **we could hear was him yelling at the officers.**

**2) Stefania Ristoski;** On 1031 2019 Lee Stallmon was asked not to come on our property. Lee showed up on street in front of office. We noticed him out of his truck, Nicole and I went outside **we heard him yelling and pointing,** he saw Nicole and I and waved and **started yelling something** not sure what he was saying. At that time Nicole and I approached the officer Zajac and told him what happened. Ofc. Zajac approached Lee I saw officer Zajac restrain Lee I saw Lee resist and throw himself on the ground near the rock.

The plaintiff is transported in deputy Rafalsi's cruiser to the Oakland County Sheriff Oxford substation during shift change and moved into another patrol vehicle for further transport to the Oakland County jail.

En route to Oakland County jail the plaintiff had at this point been handcuffed for an excessive amount of time. Transport Deputy was kind enough to pull over, re replace the handcuffs with double cuffs affording me a little relief from the pain and numbness I have been experiencing for quite a while

Plaintiff is booked into the Oaskland County jail overnight, the morning arrives for arraignment.

November 2, 2019 ARRAIGNMENT. Referencing directly from CER 7611 [Ann-Marie Hiner] March 23, 2020. Affirmed affidavit by sworn statements contained within CR No. 190215509

Immediately after the plaintiff was arraigned, Detective Louwaert advised there was a Personal Protection Order out of Missouri, petitioned out of the Carroll County circuit court. With name of

a woman from a social media partnership/friendship with a co-creator that the plaintiff met through his YouTube channel while exercising his First Amendment right to protest and redress his government and law enforcement Officials while holding them accountable in creating controversial content that some citizens may not agree with in contradiction to the plaintiff's. As a result it is in the opinion and belief based upon previous information known to the plaintiff the woman who has sought a frivolous personal protection order did so solely for vexation in trouble.

The plaintiff confirms future intent to file appropriate complaints against Shawnna, Pamela Conner and others who have participated in several 'meetings of the minds' throughout this malicious prosecution, while providing factually incorrect information with retaliatory, vindictive motives. Unfortunately the ability to file a verified" complaint, requires additional information obtained through information pursuant to the Freedom Of Information Act request filed and scheduled for delivery January 20, 2023.

Information contained within this FOIA request will more than likely be extremely extensive in depth. FBI agent John McNulty of the cyber crimes division, located in Detroit and the FBI offices advised that during the previous months where Shawna Connor has been filing reports of threats of domestic terrorism attributed to the plaintiff. Accusations that are false and malicious, vindictive and out of spite revenge and lack of moral character.

FBI agent John McNulty acknowledges that not only Shawwna Conner was in steady and constant overwhelming contact with their offices and others agents to degree, the plaintiff anticipates the volumes of information contained within the FOIA release, will shock a reasonable man.

The plaintiff filed the request after the FBI interviewed me [plaintiff]  because Future defendant prior to the November 1 arrest, and the ex-parte PPO filed to pursue the filing of a complaint against this individual, her biological mother Pamela and another persons whom conspired with Oakland County Sheriff Department, it's deputies and or others unknown within the government and or law enforcement agencies investigating information provided by individual persons/citizens.

The plaintiff was given a $5000 bond. Plaintiff bonded out on November 2, 2019 Immediately experiencing the negative results of what is to come for the next 22 months. Jail.

My drivers license was missing and relying upon[40 years of] personal experience, opinion, information and belief, There was intentional infliction of additional pain-and-suffering associated with not having a driver's license upon release from jail, the results of this tactic will yield the following negative results to disrupt;

1. Buckhorn's towing will not release vehicle from impound without valid ID.
2. Cashing a check, in lieu of the $1200.00 cash on hand when booked into Oakland County jail.
3. Spending hours at Secretary of State to replace  the missing drivers license.

November 4, 2019 plaintiff contacts assigned bond compliance officer at the community corrections department of Oakland County to obtain the appropriate information pertaining to any bond restrictions and/or reporting processes to remain compliant while on bond. The plaintiff asked if there are restrictions or ban on leaving the state. The response was NO restrictions. The plaintiff asked if there was a restriction prohibiting or preventing possession of a firearm. On compliance officer affirmed no restriction on possessing firearm.

After speaking with bond compliance armed with the information, and in protest to the missing drivers license, the plaintiff contacted the Oakland County Oxford substation property room asking for the missing drivers upon release from OCJ on November 2. Plaintiff spoke with a lady in the property room. She said that I needed to call back in the morning and talk to Lt Patterson.

After speaking to Oxford substation property room employee, shortly after Lieut. Patterson returned my call. Where the plaintiff asked for the whereabouts of the missing drivers license, missing CPL identification Current location of my firearm. Lt Patterson took the opportunity to berate me over the incident resulting in my unlawful arrest and excessive force. The plaintiff told Patterson no longer wish to speak and was done talking. Phone call ended.

Once Lieut. Patterson hung up the phone, is that of the opinion and belief based upon the information known to the plaintiff that members of the Oxford Sheriff substation operation to revoke the plaintiff's bond in order to regain the upper hand in an out-of-control situation, set in motion by the actions of defendant Zajac and others.

**WITNESS STATEMENTS: Nicole Meier and Stefania Ristoski**

**1) Nicole Marie Meier;** On October 31, 2019 Lee Stallman was advised to stay off the Sweetland premises. On November 1, 2019 he showed up and parked in the road, **he was yelling to factory workers and noticed us in a window and was** waving **and yelling** ( not sure what was being said). We (Stefania) and I proceed to try to make contact with officer Zajac regarding Lee. He has made us feel unsafe. Ofc. Zajac then attempted to speak with Lee regarding that issue. **Next I witnessed was Lee being detained and on the ground fighting the officer.** Lee Stallman has made my coworkers and I feel unsafe. He has **yelled and berated us,** over the phone over and over. After being detained all **we could hear was him yelling at the officers.**

**2) Stefania Ristoski;** On 1031 2019 Lee Stallmon was asked not to come on our property. Lee showed up on street in front of office. We noticed him out of his truck, Nicole and I went outside **we heard him yelling and pointing,** he saw Nicole and I and waved and **started yelling something** not sure what he was saying. At that time Nicole and I approached the officer Zajac and told him what happened. Ofc. Zajac approached Lee I saw officer Zajac restrain Lee I saw Lee resist and throw himself on the ground near the rock.

The plaintiff is transported in deputy Rafalsi's cruiser to the Oakland County Sheriff Oxford substation during shift change and moved into another patrol vehicle for further transport to the Oakland County jail.

En route to Oakland County jail the plaintiff had at this point been handcuffed for an excessive amount of time. Transport Deputy was kind enough to pull over, re replace the handcuffs with double cuffs affording me a little relief from the pain and numbness I have been experiencing for quite a while

Plaintiff is booked into the Oaskland County jail overnight, the morning arrives for arraignment.

November 2, 2019 ARRAIGNMENT. Referencing directly from CER 7611 [Ann-Marie Hiner] March 23, 2020. Affirmed affidavit by sworn statements contained within CR No. 190215509

Immediately after the plaintiff was arraigned, Detective Louwaert advised there was a Personal Protection Order out of Missouri, petitioned out of the Carroll County circuit court. With name of a woman from a social media partnership/friendship with a co-creator that the plaintiff met through his YouTube channel while exercising his First Amendment right to protest and redress his government and law enforcement Officials while holding them accountable in creating controversial content that some citizens may not agree with in contradiction to the plaintiff's. As a result it is in the opinion and belief based upon previous information known to the plaintiff the woman who has sought a frivolous personal protection order did so solely for vexation in trouble.

The plaintiff confirms future intent to file appropriate complaints against Shawnna, Pamela Conner and others who have participated in several 'meetings of the minds' throughout this malicious prosecution, while providing factually incorrect information with retaliatory, vindictive motives. Unfortunately the ability to file a verified" complaint, requires additional information obtained through information pursuant to the Freedom Of Information Act request filed and scheduled for delivery January 20, 2023.

Information contained within this FOIA request will more than likely be extremely extensive in depth. FBI agent John McNulty of the cyber crimes division, located in Detroit and the FBI offices advised that during the previous months where Shawna Connor has been filing reports of threats of domestic terrorism attributed to the plaintiff. Accusations that are false and malicious, vindictive and out of spite revenge and lack of moral character.

FBI agent John McNulty acknowledges that not only Shawwna Conner was in steady and constant overwhelming contact with their offices and others agents to degree, the plaintiff anticipates the volumes of information contained within the FOIA release, will shock a reasonable man.

The plaintiff filed the request after the FBI interviewed me [plaintiff] because Future defendant prior to the November 1 arrest, and the ex-parte PPO filed to pursue the filing of a complaint against this individual, her biological mother Pamela and another persons whom conspired with Oakland County Sheriff Department, it's deputies and or others unknown within the government and or law enforcement agencies investigating information provided by individual persons/citizens.

The plaintiff was given a $5000 bond. Plaintiff bonded out on November 2, 2019 Immediately experiencing the negative results of what is to come for the next 22 months. Jail.
My drivers license was missing and relying upon[40 years of] personal experience, opinion, information and belief, There was intentional infliction of additional pain-and-suffering associated with not having a driver's license upon release from jail, the results of this tactic will yield the following negative results to disrupt;

1. Buckhorn's towing will not release vehicle from impound without valid ID.
2. Cashing a check, in lieu of the $1200.00 cash on hand when booked into Oakland County jail.
3. Spending hours at Secretary of State to replace the missing drivers license.

November 4, 2019 plaintiff contacts assigned bond compliance officer at the community corrections department of Oakland County to obtain the appropriate information pertaining to any bond restrictions and/or reporting processes to remain compliant while on bond. The plaintiff asked if there are restrictions or ban on leaving the state. The response was NO restrictions. The plaintiff asked if there was a restriction prohibiting or preventing possession of a firearm. On compliance officer affirmed no restriction on possessing firearm.

After speaking with bond compliance armed with the information, and in protest to the missing drivers license, the plaintiff contacted the Oakland County Oxford substation property room asking for the missing drivers upon release from OCJ on November 2. Plaintiff spoke with a lady in the property room. She said that I needed to call back in the morning and talk to Lt Patterson.

After speaking to Oxford substation property room employee, shortly after Lieut. Patterson returned my call. Where the plaintiff asked for the whereabouts of the missing drivers license, missing CPL identification Current location of my firearm. Lt Patterson took the opportunity to berate me over the incident resulting in my unlawful arrest and excessive force. The plaintiff told Patterson no longer wish to speak and was done talking. Phone call ended.

Once Lieut. Patterson hung up the phone, is that of the opinion and belief based upon the information known to the plaintiff that members of the Oxford Sheriff substation operation to revoke the plaintiff's bond in order to regain the upper hand in an out-of-control situation, set in motion by the actions of defendant Zajac and others.

**November 4**, 2019 7:31 PM Detroit News reporter, James Evan Carter authored and published an eight [8] paragraph article titled:

### "Deputies arrest Roseville man who refused to leave former workplace"

Oxford Township- A 51-year-old Roseville man was arrested and a loaded handgun was found in his car Friday after former employees flagged down police and 7X worker was disrupting staff in the business, Oakland County Sheriff's office said.

The man was arrested for allegedly trespassing and being disorderly after refusing to leave the property and after a sheriff's deputy used a taser on him, the Oakland County Sheriff's office said. deputies found a loaded 40 caliber handgun on the passenger seat of his vehicle after the vehicle was impounded, the Sheriff's Department said.

At about 5 PM Friday, and Oakland County Sheriff's deputy who was parked at Sweetland transportation, located in the 3000 block of balloons court, was flagged down by two employees who said a former employee had returned to the business and was yelling at staff and disrupting operations.

The men had previously been ordered to leave the property and been told not to return her face being arrested for trespassing by Sweetland transportation, the Sheriff's office said Monday.

The man refused to leave the business grounds after the deputy found him at the front of the business yelling at staff, the Sheriff's office said. The man appeared to be in agitated state, making it "irrational and nonsensical" statements, according to the Sheriff's office.

When that deputy attempted to take the man into custody, the man pulled away from the deputy and began to resist arrest, Sheriff's office said. The deputy then deployed his Taser as a man tried to enter the passenger side of his vehicle.

Once the man was in custody, deputies impounded his vehicle and discovered a loaded. 40-caliber handgun on the passenger seat, according to the Sheriff's office.

He was taken to the Oakland County jail pending criminal charges the Sheriff's office said.

At 7:38 PM just seven (7) minutes later, the recently published article was edited and now condensed to a the "no-**title**" much more less inaccurate, and much less damning edition of the former version re-published for public view. The 1 paragraph article has remained online in the interweb since it was re-posted @ 7:46 PM.

> Updated at 7:46 PM ET Nov. Four, 2019 Oxford Township-51-year-old Roseville man was arrested and a loaded handgun was found in his car Friday after former employees flagged down police and set it X worker was disrupting staff in the business if we County Sheriff said.

Between the time the original publication at 7:31PM occurred and the editing then re-posting of the article at 7:46 PM. The article became a living document and was used in the solicitation of a Personal Protection Order against the plaintiff, to be later used/included in an emergency bond hearing to revoke the plaintiff's criminal bond for a multitude of reasons.

**November 5,** upon information, opinion and belief Of the plaintiff, defendant Zajac then furthered the conspiracy with others within the Oakland County Sheriff Department by taking possession of the recently printed Detroit News article and transporting it in order to present it in person, to have an additional meeting of the 'minds' to plan, formulate and execute to further his conspiracy and cooperation with the alleged victim/employee Nicole Marie Meier.

Defendant Zajac authors a supplemental report with information provided by Sweetland employees Sonja and Nicole or others. During the interview process with Sweetland transportation discussion occurred whereas, the plaintiff discussed the incident effecting the transportation industry, due to a recent tragedy in February 2018. Whereas man named Vernest James Griffin, Disgruntled truck driver recently fired from BSD Linehaul out of Taylor Michigan showed up and began his 2 County murder spree. Murdering Keith Kitchen, The father of a good friend of mine named Justin Haaga.

**November 5, 2019 at 2:13 PM**

SUPPLEMENTAL/ADDITONAL INFORMATION: During my first initial contact with Lee Stallman for the civil issue to assist him in obtaining belongings and **paycheck.** Stallman began the conversation by talking about if I **remembered the shooting spree a few years back** I **started in Taylor.**

When I asked him what he was talking about. Stallman spoke about the incident where the guy shot a coworker in Taylor and then drove to the city of Pontiac shot another coworker. He was then involved in a shootout with the Waterford police and subsequently taken into custody. When I advised Stallman I was familiar with the incident he stated the suspect was a good buddy of his. For whatever reason, Stallman began his conversation by mentioning this incident to me.

I believe Stallman was referencing the shooting incident in early 2018. Where Vernest Griffin shot a coworker in Taylor, MI and then drove to the city of Pontiac and shot another coworker with AK-47. Both victims died in Griffin was chased, shot and subsequently apprehended by Waterford police officers in the city of Pontiac.

**November 5, 2019 Lab# 19-1956 (request number 00010)** Defendant Zajac then took liberty upon his own authority acting under "color of law" in violation of the plaintiff's Fourth amendment right, did conduct deliberate and willful act/s to violate the plaintiff's right, by way of conducting ballistic tests upon his unlawfully seized firearm, the Forensic Science Laboratory located at 1200 N. Telegraph, Pontiac Michigan. This act was committed absent any order or search warrant.

**November 6, 2019** Court administrator of 5-23 D.C. Rochester Hills, Michigan Rochester Hills, entered an appointment of counsel, assigning public defender, Soloman Idumesaro (P81587).

November 6, 2019 approximately 12:00 PM I received a phone call from Solomon Idumesaro introducing himself as court appointed representation. The plaintiff provided a complete, detailed account of the events that occurred outside Sweetland transportation on November 1 In the days and weeks and months, leading up to the unlawful arrest and seizure, as well as the information relevant information related to the conspiratorial spirit haunting the Plaintiff.

**November 6 at 1:58 PM Nicole Marie Meier**, Judge Lisa Langton, family division within the Oakland County Circuit Court issues a Personal Protection Order #19-878030-PH against the plaintiff. This solicited order resulted in direct harm to the plaintiff by violating his first, second, Fourth, Fifth, Eighth and Fourteenth Amendments afforded to the plaintiff, pursuant to United States Constitution.

NICOLE PPO: Petitioner Meier, in her sworn statement claims:

**D-4** This is a former employee who has made me feel very unsafe. He was asked not to come to premise by an officer and he still did. He was then arrested with I got in the passenger seat of his car and charged with resisting arrest. He has a YouTube channel and some of the things he speaks of about honestly scares me. He has left a voicemail stating that he wants his property and check( which was not in the truck and the check was mailed to his address in (Roseville). He claims if he does not have it by the end of business day he will come knock on our doors at our homes. He is going to knock on the doors and make us all call the police. Then when we trespassed him from our properties he will go to the gym's, restaurants, and schools and follow us wherever we go, his actions McNeese get for my own well-being. My work is in a secluded area and I arrived when it is dark out-I am scared to walk in the parking lot. I honestly do not know the links this driver would go. He has made me feel uncomfortable, unsafe I have had nightmares about this. I have a family this guy scares me he has a YouTube channel Facebook page that really make me fear for my own safety.

Section E,-5
1. Following me or appearing within my site.
2. Appearing at my workplace or residence.
3. Approaching or confronting me in a public place or private property.
4. Entering onto or Remain on property owned, leased, or occupied by me.
5. Sending mail or other communications to me.
6. Contacting me by telephone.
7. Threatening to kill or physically injure me.
8. Purchasing or possessing a firearm.
   OTHER: No third party contact
9. Posting no message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s

**November 7, 2019** The plaintiff travels from the Detroit metropolitan area to Carroll County Missouri or a hearing to defend from frivolous and false accusations only meant to violate the plaintiff's First, Second, Fourth, Fifth, Eighth and Fourteenth amendment rights.

**November 7, 2019** Appointed counsel, Soloman Idumesaro Contacts the plaintiff just before appearing in the PPO hearing in Carrol County Circuit Court to defend his good name and

character from Shawnna Sierra Conner. While awaiting to enter the courthouse, Oakland County prosecutor's office filed an emergency motion to revoke the plaintiff's bond.

During the hearing the petitioner Shawna Sierra Conner portrayed the plaintiff as a very dangerous evil man seeking victims for his murderous demeanor. Bearing false witness upon the plaintiff for the solely for vexation and trouble. The hearing was conducted information was provided.

**November 14, 2019** While waiting for the hearing to start, waiting in the hallway, sitting next to Solomon det. Louwaert walked up and served the Nicile Marie Meier PPO and inside the folded PPO petition, mysteriously The missing drivers license from November 2, miraculously appears.

The plaintiff was taken into custody after his initial bond was revoked and Immediately seized a second time and locked in the 52-3 District Court Rochester Hills jail.
52-3 Judge Asadoorian revoked the bond accepting the reasons for the hearing and the need to violate the plaintiff's constitutional rights for a second time within two weeks, issuing two separate bonds the second and excessive bond violating my Eighth amendment right To not be subject to excessive bonds. In addition to the increased bond I was ordered to the following:
1) $75,000.00 cash no surety bail.
2) GPS tether must be in place before release
3) House Arrest. To from court and doctor only
4) Stay 1 mile away from Sweetland Transportation

**November 18, 2019** The plaintiff is released from jail the second time after paying $7500 and GPS tether fees.

**November 21, 2019** Plaintiff appears for the preliminary examination. Testimony from defendant Zajac was offered under oath and Zajac committed perjury impeaching his initial incident report filed on November 1, 2019 and the perjury, and continued until September 21, 2021.


**November 26, 2019** The plaintiff appeared for his scheduled Arraignment hearing in Judge Kumar's courtroom. After the conclusion of the plaintiff's hearing, appointed counsel requested the plaintiff to wait with him for the conclusion of his hearing in order for us to have an Attorney client conversation. As we sat in the gallery allegedly waiting for the next hearing scheduled for Soloman Idumesaro to commence. Just moments after Solomon's cell phone rang. He went into the hallway to answer his phone. Almost soon after Solomon walked into the hallway, the court room bailiff exited the courtroom and into the hallway. The bailiff was gone for very short period of time and soon after he returned Solomon appeared. Solomon requested my presence in the hallway. Solomon began to question me regarding any incident that may have occurred when I arrived at the courthouse today describing a conversation that the bailiff and himself just had. Solomon told me[plaintiff] that the courtroom bailiff instructed Solomon to direct me to leave the courthouse immediately or I will be arrested for violating my bond restrictions related to my GPS tether. Solomon advised the court room bailiff instructed Solomon make me leave.

Solomon was well aware of the significance of my presence after the hearing. The deadline to file a response to the PPO Nicole Meier filed was November 28.

The plaintiff was threatened with arrest, and forced out of the courthouse by threats by the bailiff assigned to Judge Kumar's courtroom on November 26. This idle threat was a direct attempt to

stop the plaintiff from requesting a hearing to defend from the frivolous solicited PPO filed by Nicole Meier.

December 18, 2019 bond reduction hearing was conducted. Judge Kumar provided the plaintiff with an opportunity to provide a letter of intent from potential employer in order for the restrictions of the GPS tether to be removed.

The plaintiff presented a letter of intent from my ex-coworker and good friend since we were co-workers in 2014, his name is Justin Haaga.

**January 9,2020** Plaintiff appears for the scheduled jury trial. Prior to the commencement of trial plea offers became an option. Ultimately the plaintiff relied upon erroneous advice while contemplating the acceptance no contest plea to disorderly person dismissing felony resisting and obstructing.

The plaintiff accepted a no contest plea under the impression that a no contest plea wouldn't bar a successful 1983 civil suit complaint against those responsible for the injustices and violations of the plaintiff's amendment rights afforded to him through the United States Constitution.

The plaintiff declined to enter a plea without stipulating on the record regarding prosecutions assertion that a no contest plea would not bar successful complaint.

**February 18, 2020** Sentencing date.

The plaintiff declined to participate in the pre-sentence investigation report process. Assistant prosecuting attorney Lauren Benninger postponed sentencing due to the lack of cooperation conduct the PSI.

**On March 12, 2020** Defendant Zajac submitted a victim impact statement That has been included into the presentence investigation report and the statement is as follows:

> 03/12/2020 - telephone contact was established with County Sheriff Deputy Zajac and this writer questioned him about the instant offense, any applicable restitution and a sentencing recommendation. Deputy Zajac stated that he is not a fan of the defendant. He said that the defendant is a typical anti— government person. Deputy Zajac further stated that he feels that defendant is a loose cannon and he should not be allowed to possess a firearm.

Defendant Zajac openly confesses, to motive. Motive finds opportunity.

**May 11, 2020** Soloman Idumesaro quits representation due to the Plaintiff's intent to withdraw the coerced no contest plea.

**June 9, 2020** The plaintiff retains Camilla Barkovic for motion to withdraw.

**December 22, 2020** The plaintiff's motion to withdraw no contest plea was denied. Plaintiff requested interlocutory stay. Court granted stay.

**February 24, 2021** The plaintiff hires Mitchell Foster to file a motion to withdraw plea, raising new issues.

**April 14, 2021** Motion to withdraw granted.

**May 5, 2021** The plaintiff retains attorney Camilla Barkovic to pursue dismissal of all charges.
 **August** 4, **2021** Oakland County prosecutor Lauren Benninger requests a two-week delay to review the file. Possible dismissal.

**August 24, 2021** Oakland County prosecutor declined to drop the *nolle prosequi* and doubled down in the pursuit of conviction.

**September 21, 2021** Judge Kumar dismissed the charges, ruling the Plaintiff's arrest was unlawful.

**December 7, 2021 Final order of judgment is entered, WITH predjudice.**

## COUNT I
## FIRST AMENDMENT CLAIM-VIOLATION OF THE PLAINTIFF'S RIGHT TO FREEDOM OF SPEECH

## AGAINST

## OAKLAND COUNTY SHERIFF'S DEPUTY  DARIUS ZAJAC

Plaintiff incorporates paragraphs, as if fully alleged here in.

That the plaintiff, US citizen, on the afternoon of November 1, 2019 at approximately 214 while on a public property and/or a public street that was located at or near Sweetland transport, Inc. located at 3025 Mullins Ct., Oxford, MI, was unlawfully arrested, seized, conspired against, and maliciously prosecuted, solely for vaccination and trouble or maliciously and without probable cause, by Co- Defendant- DARIUS ZAJAC, in his official capacity as an Oakland County Sheriff's Deputy, for heaven simply been in he general proximity, and for the purpose in part of attempting to collect/retrieve a "tracking number" that was to be issued and do him, by sweet land transport, Inc., for professional services previously rendered.

That the scope-defendant-OAKLAND COUNTY SHERIFF'S DEPUTY-DARIUS ZAJAC, having done that which was specifically described in paragraph ** above was that all times acting under "color of law", and in so doing, did act in bad faith, maliciously or sadistically, solely for the very purpose of causing harm, embarrassment, and emotional distress, and all without proper justification.

That following the plaintiff's encounter with the co—defendant-OAKLAND COUNTY SHERIFF'S DEPUTY- DARIUS ZAJAC on the afternoon of Nov. 1, 2019, and his mere attempt to exercise his First Amendment right to freedom of speech and also simultaneously remain fully compliant, he was nevertheless unlawfully arrested, assaulted, then criminally booked and charged for: Assault/Resist and/or Obstructing a police officer, pursuant to.MCL 750.81d(1), as well as being subject to facing enhanced sentencing pursuant to MCL 769.12, all followed by being maliciously prosecuted with the latter having lasted for a period of nearly two (2) years. In the end, the plaintiff was ultimately acquitted in a formal pretrial proceeding, seeing that all criminal charges initially brought against him were formally dismissed on 9/21/2021, by open County Sixth judicial Circuit Court Judge Shalina Kumar.
The specific actions of the Co-defendant-OAKLAND COUNTY SHERIFF'S DEPUTY DARIUS ZAJAC, while also acting in concert and under color of "law" following his unlawful arrest, seizure of his person, of the plaintiff on November 1, 2019, did never the less intentionally conspire to

gather with others to purposefully and wrongfully accused the plaintiff of criminal wrongdoing (i.e. Assaulting/Resisting and Obstructing a police officer and Disorderly Person) Which was then followed by a malicious prosecution for the same, which lasted for a period of approximately 22+ months, before all charges were formally dismissed in the favor of the plaintiff.

That the plaintiff, as a direct result of the Co-defendant –OAKLAND COUNTY SHERIFF'S DEPUTY DARIUS ZAJAC respective malicious actions, did sustain the following serious injuries and/or damages.

    a)    Extreme emotional distress and trauma, ridicule, mortification, humiliation and embarrassment.

    b)    Economic damages, including but not limited to all incurred past and present lost wages, together with all interest available under the applicable laws of the above sums from the date of the injury until paid; and

    c)    any other award of damages and or relief that this court may deem appropriate.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against the defendant-OAKLAND COUNTY SHERIFF'S DEPUTY-DARIUS ZAJAC, in whatever amount is ultimately determined to be proper and reasonable compensation by the trier of fact, in an amount greater than $75,000, together with all incurred expenses, losses and damages.

## COUNT II
### FOURTH AMENDMENT CLAIM- UNREASONALE SEIZURE-ARREST
### WITHOUT PROBABLE CAUSE
### AGAINST
### OAKLAND COUNTYSHERIFF'S DEPUTY DARIUS ZAJAC

Plaintiff incorporates paragraphs **, as if fully alleged here in.

  That Co-defendant- OAKLAND COUNTY SHERIFF'S DEPUTY-DARIUS ZAJAC, did lack reasonable suspicion and/or probable cause to lawfully arrest and seize the plaintiff for the charges of: Assault/Resist and/or Obstructing a Police Officer and Disorderly Person on the afternoon of November were first 2019 at approximately 2:00PM, given that the plaintiff was merely situated outdoors, on a public street located at or near Sweetland transport, Inc., Located at 3025 Mullins Ct. Oxford, MI Attempting to collect a payment or professional services he had easily wintered for the commercial benefit of Sweetland transport, Inc. nevertheless, this Did defendant did resort to doing the same.

That the aforementioned wrongful actions of the Co-OAKLAND COUNTY SHERIFF'S DEPUTY-DARIUS ZAJAC, Did violate the plaintiff's right to be free from unreasonable search and seizure, in direct violation of his fourth amendment rights, forcible through 42 U. S. C, § 1983.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against the defendant-OAKLAND COUNTY SHERIFF'S DEPUTY-DARIUS ZAJAC, in whatever amount is ultimately determined to be proper and reasonable compensation by the trier of fact, in an amount greater than $75,000, together with all incurred expenses, losses and damages.

### COMMON LAW- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### AGAINST

**OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC**

34.     Plaintiff incorporates paragraphs 1-33, as if fully alleged herein.

35.     That the conduct of Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, as set forth above, was extreme and outrageous and was intended to cause and did cause the Plaintiff severe emotional distress.

36.     That the aforementioned wrongful actions of the Co-Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC were all taken while he was acting within the course and scope of his employment with the Defendant-OAKLAND COUNTY.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against the Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, in whatever amount is ultimately determined to be proper and reasonable compensation by the trier of fact, in an amount greater than $75,000.00, together with all incurred expenses, losses and damages..

**COUNT III**

**COMMON LAW CLAIM- FALSE ARREST**

**AGAINST**

**OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC**

Plaintiff incorporates paragraphs 1-20, as if fully alleged herein.

22.     That on the afternoon of November 1, 2019, the Co-Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, did initially stop, detain, search, seize and/or ultimately arrest the Plaintiff without reasonable suspicion or probable cause.

23.     That the aforementioned wrongful and/or unlawful actions of this Co-Defendant, were taken all while he was acting within the course and scope of his employment with the Defendant-OAKLAND COUNTY.

24.     WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against the Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, in whatever

amount is ultimately determined to be proper and reasonable compensation by the trier of fact, in an amount greater than $75,000.00, ttogether with all incurred expenses, losses and damages.

## COUNT IV

## COMMON LAW- MALICIOUS PROSECUTION

## AGAINST

## OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC

Plaintiff incorporates paragraphs 1-24, as if fully alleged herein.

26.    That on the afternoon of Nov. 1, 2019, Co-Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, did wrongfully detain and arrest the Plaintiff without reasonable suspicion or probable cause.

27.    That more specifically, following this Co-Defendant's wrongful detention and arrest of the Plaintiff on November 1, 2019, this Co-Defendant did then initiate a criminal investigation against the Plaintiff solely for vexation and trouble and/or maliciously and without probable cause.

28.    That the Co-Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, did then ultimately cause to be wrongfully brought charges of Assault/Resisting/Obstructing a Police Officer and Disorderly Person against the Plaintiff, solely for vexation and trouble or maliciously and without probable cause.

29.    That the criminal proceedings initiated against the Plaintiff by this Co-Defendant, were ultimately terminate in the Plaintiff's favor on September 21, 2021.

30.    That this Co-Defendant, OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, who either instituted and/or maintained the criminal investigation and/or prosecution, clearly lacked probable cause for the undertaking of these actions.

31.     That the wrongful actions of this Co-Defendant, were undertaken with malice

and/or for a purpose in instituting the criminal claims other than bringing the Plaintiff to justice.

32.     That the aforementioned actions of Co-Defendant-OAKLAND COUNTY

SHERRIFF'S DEPUTY DARIUS ZAJAC, were taken while he was acting within the scope of his

employment with the Defendant-OAKLAND COUNTY.

33.     That the aforementioned wrongful actions of Co-Defendant-OAKLAND COUNTY

SHERRIFF'S DEPUTY DARIUS ZAJAC, when taken against the Plaintiff, did result in the

Plaintiff sustaining those specific compensable damages set forth in paragraph 17 above.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against this

Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, including ***TREBLE***

***DAMAGES as allowed pursuant to MCL 600.2907***, together with all incurred expenses, losses

and damages.

## COUNT II
## DEFENDANT ZAJAC IN VIOLATION OF THE PLAINTIFF'S
## RIGHT TO SUBSTANTIVE DUE PROCESS UNDER THE FOURTEENTH AMENDMENT
## BY COMMITTING PERJURY DURING THE PRELIMINARY EXAM

Plaintiff incorporates paragraphs 1- ,, as if fully alleged herein.
Defendant Zajac testified at the preliminary exam on the 21st 2019 as a witness for the prosecution.
1)line 23-25, page 13- I saw Stallman standing outside his pickup truck in the middle of the roadway and then he reached into his pocket and pulled out a telephone, a cell phone.
OCSO dashcam video evidence that clearly proves perjury.
5)Line 22- p44. Line 1-3, p45. **Q- Okay how how many feet had my client walked away from you before you deploy your Taser?**  2 feet. Yeah 3 feet, I don't know. **Q – Give or take? Okay.** Yeah.

OCSO dashcam/audio captured deputy Rafalski state "I'll go look for a couple more" Deputy Rafalski advises he will continue to look for the other two tags to maintain proper record.

Defendant Zajac testified while under oath and impeached his own sworn statements contained in the incident report authored on November 1, 2019 and the witness provided perjured testimony during his questioning to a.pa. Ron McKool and the plaintiff's [defense] counsel Soloman Idumesaro enticed perjured testimony as follows:

1)line 23-25, page 13- I saw Stallman standing outside his pickup truck in the middle of the roadway and then he reached into his pocket and pulled out a telephone, a cell phone.

2)Line 19-20, page 15- He kept yelling back at me that no is not[under arrest].
Factual evidence provided by OCSO dashcam/audio proves perjury

3)Begin Line 23 p15- end Line 4, p17Yeah he continued back towards the passenger work more on the pastor side door way of the pickup truck now and when he returned back up, I forced him back towards the left and he walked towards the bed area of his pickup truck. Well he decided to put his hands up on the pickup truck by liking the rear bad section of the truck and I again told him that he's under arrest and he repeatedly told me that he was not. So I again I think for the third time forced him down onto the ground and he returned he stood back up and that's when I just decided to remove my taser and taser Stallman.

4)Begin Line 1,p15, End line 4 p17- I attempted to force Stallman down to the ground where he got back up and started approaching the side of his vehicle. We are on the—probably the front of his vehicle. Probably 6 feet from the front bumper of his vehicle. I tried forcing him down and then he got back up and started walking towards the passenger side of his vehicle. That's when I grabbed him again to restrict him from going towards his vehicle and I forced him back down towards the ground. Halfway on the ground. He had one -  One knee down and one leg still up and then he stood back up again and I kept repeating that he was under arrest and he Yelling back at me that no he's not.  He continued back towards the passenger where more on the passenger side door way of the pickup truck now and when he returned back up I forced him back towards the left and he walked towards the bed area of his pickup truck. He decided to put his hands up on the pickup truck by like the rear bad section of the truck and I again told him that he's under arrest he repeatedly told me that he was not so I again I think for the third time for some more on the ground return – he stood back up and that's when I just decided to remove Mike Kaser and Taylor Stallman. **Q – How effective was the Taser?** He went down, straight down on both knees and I physically forced him towards- or - down onto his chest and that's when I obtain physical control of his left hand and placed it behind his back in place one handcuffed on his left left wrist.

5)Line 22- p44. Line 1-3, p45. **Q- Okay how how many feet had my client walked away from you before you deploy your Taser?** 2 feet. Yeah 3 feet, I don't know. **Q – Give or take? Okay.** Yeah

6)Line 2-8 p47 **Q – okay let me – Zajac, what did you do with the extended cartridge, the probe the wires and blasters?** I remove one probe from Mr.Stallman's lower back, security in the spent Taser cartridge in the other part was located kind of wrapped around – the wires were located or wrapped around Mr. Stallman's right foot with barb loose on the ground.

7)Line 21-24 **Q – did you record the serial number of the Taser used in the X2 taser deployment form?** I recorded the serial number on the taser cartridge, yes, and we located **one anti - felony identification device tag** from the taser on the ground in place that into the property too.
The evidence is clear, information is overwhelming that defendant Zajac is a perjurer.
The evidence in question is record of fact that plaintiff's defense, and there is a reasonable probability that the evidence disclosed to the defense, the result of the preliminary exam would have been different in the plaintiff would not have been bound over.
Defendant Zajac's actions were not taken spontaneously in response to an emergency, but were taken under circumstances allowing for deliberation.
Defendant Zajac's conduct which shock the conscience of a reasonable person.
Defendant Zajac's conduct violated the plaintiff's right to substantial due process under the 14th amendment of the United States Constitution.

Defendant Zajac conduct violated 42 USC 1983. Since defendant Zajac signed the criminal complaint as a complaining witness is not entitled to absolute immunity for his perjurious testimony during the preliminary examination.

The constitutional right that defendant Zajac violated was clearly established at the time that he violated it and it reasonable person in defendant Zajac's position would have understood that he was violating that right. Defendant Zajac is therefore not entitled to qualified immunity.

Defendant Zajac's conduct was a proximate cause of the plaintiff's incarceration, not once but twice.

As a result of the defendant Zajac's conduct, the plaintiff has suffered numerous injuries and damages, including, but not limited to, the loss of his liberty and property, being subjected to substandard living conditionsIn the mental abuse that has been inflicted upon the plaintiff for the last three years, the plaintiff has suffered tremendously and continues to suffer extreme emotional distress, has suffered and continues to suffer diminished earning capacity, loss of income, loss of employment and loss of the opportunity to gain employment seniority, and loss of social status, for all of which he is entitled to compensatory damages.

 By virtue of defendant Zajac's actions, plaintiff is entitled to punitive damages.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against the

Defendant-OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, in whatever amount is

ultimately determined to be proper and reasonable compensation by the trier of fact, in an

amount greater than $75,000.00, ttogether with all incurred expenses, losses and damages.

**COUNT VI**

**MUNICIPAL LIABLITY UNDER 42 U.S.C. δ 1983**

**AGAINST**

**OAKLAND COUNTY**

Plaintiff incorporates paragraphs 1-  , as if fully alleged herein.

38.     That the Defendant-OAKLAND COUNTY, has at all relevant times hereto, either maintained a policy, custom, or practice that has been the cause and/or the moving force, behind the violation of citizens' rights. Specifically, said policies, customs, or practices have involved:

a.      The negligent and/or failure to act, on the part of this Defendant,  as an independent local municipality (i.e. County), by and through its agents and/or employees, acting during the normal course and scope of their employment, in having failed to: implement proper hiring practices; properly screen new hires; retain only rightfully qualified and eligible employees; properly investigate all citizen complaints; impose and carry out proper discipline and termination practices; and properly train, instruct, monitor, evaluate and/or supervise its Sherriff's Deputy Department employees and personnel, which in turn, did result in a violation of the Plaintiff's U.S. Constitutional, First Amendment Right to exercise Freedom of Speech;

b.      Making wrongful arrests without probable cause, often only because the arrestee was peaceably protesting or objecting to a police officers' conduct;

c.      Overcharging arrestees with either Assaulting/Resisting/Obstructing Police Officers pursuant to MCL 750.81d(1) and Disorderly Person pursuant to MCL 750.167, upon an individuals attempt to exercise their First Amendment right to freedom of speech;

39.     That as a result of this Defendant-OAKLAND COUNTY'S nonfeasance or malfeasance in this matter, the Plaintiff sustained those damages specifically enumerated in paragraph 17 above.

40.     That the above-described policy, custom, or practices were the direct and a proximate cause of Co-Defendant- OAKLAND COUNTY SHERRIFF'S DEPUTY DARIUS ZAJAC, having violated the Plaintiff's First and Fourth Amendment rights on November 1, 20219, enforceable through 42 U.S.C δ 1983.

WHEREFORE, the Plaintiff, LEE ROY STALLMAN, is seeking a judgment against this Defendant-OAKLAND COUNTY, in the amount of One Million ($1,000,000.00) Dollars, as compensatory and/or punitive damages, plus attorney fees and costs.


**I AFFIRM THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**


Mr. Lee Roy Stallman
appearing Pro Se
Tel: (248) 521-0662
Email: rottenapplenews@yahoo.com

30420 Dequindre Rd #2
Warren, MI  48091

Mr. Lee Roy Stallman
appearing Pro Se
Tel: (248) 521-0662
Email: rottenapplenews@yahoo.com