UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LEE ROY STALLMAN,**

 Plaintiff,

vs.                File No. 22-cv-12635

**OAKLAND COUNTY,**       HONORABLE SEAN F. COX
**OAKLAND COUNTY SHERIFF**   HONORABLE ANTHONY P. PATTI
**DEPUTY-DARIUS ZAJAC,**
Individually and/or in their Official Capacities,
Jointly and Severally,
**PRESENT AND FORMER**
**YET UNIDENTIFIED MEMBERS OF**
**OAKLAND COUNTY SHERIFF,**
Individually and/or in their Official Capacities,
Jointly and Severally,

 Defendants.
_____/

| | |
|---|---|
| **LEE ROY STALLMAN** | **SOLON M. PHILLIPS (P65035)** |
| Plaintiff, pro se | Oakland County Corporation Counsel |
| 30420 Dequindre, #2 | **AARON C. THOMAS (P55114)** |
| Warren, MI 48092 | Deputy Corporation Counsel |
| Telephone: (248) 521-0662 | **KYLE HEIKA (P78833)** |
| Email: leeroystallman@yahoo.com | Sr. Assistant Corporation Counsel |
| | Attorneys for Defendants |
| | 1200 N. Telegraph Rd., Bldg. 14E |
| | Pontiac, MI 48341-0419 |
| | Telephone: (248) 975-9616 |
| | Telephone: (248) 858-4097 |
| | Email: heikak(si)oakgov.com |

_____/

**STIPULATION AND ORDER TO ENLARGE TIME FOR
PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS
TO DISMISS AND/OR TO FILE AN AMENDED COMPLAINT**

The represented and unrepresented parties having conferred pursuant to *E.D. Mich. L.R.* 7.l(a);

**IT IS AGREED AND STIPULATED** that Plaintiff shall have an additional 30-days, up to and including **March 22, 2023,** in which to either file any responses to Defendants' motions to dismiss or to file an amended complaint under *Fed. R. Civ. P.* 15(a)(l)(B).

| | |
|---|---|
| **SO STIPULATED:** | **SO STIPULATED:** |
| /s/ *[signature]* | *Isl Kyle Heika* |
| LEE ROY STALLMAN | KYLE HEIKA (P78833) |
| Plaintiff, *pro se* | Sr. Assistant Corporation Counsel |
| | Attorney for Defendants |
| Dated: 2/7/2023 | Dated: 2/7/2023 |

## ORDER ENLARGING TIME FOR RESPONSES OR TO FILE AMENDED COMPLAINT

In accordance with the prov1s1ons of the parties' stipulation, **IT IS HEREBY ORDERED** that the Stipulation of the parties is **ADOPTED** and Plaintiff shall have up to and including **March 22, 2023,** to either file responses to the pending Motions to Dismiss and/or to file an amended complaint under Fed. R. Civ. P. 15(a)(l)(B).

Dated: March 1, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge